**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darryl Glen RILEY, Defendant–**
**Appellant.**

**No. 02–4136.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Darryl Glen Riley, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Darryl Glen Riley appeals the district court's order forfeiting substitute assets and a subsequent order denying reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Riley*, No. CR–98–101 (E.D. Va. Aug. 27, 2002; Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*